UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NATALIE ANDERSON,

    Plaintiff,

  v.

Case No. 16-cv-1181-bhl

SOFTWAREONE INC,

    Defendant.

## ORDER

On May 7, 2021, the Court set a status hearing in this case for May 14, 2021. (ECF No. 77.) On May 10, 2021, the defendant submitted a motion to dismiss as well as the parties' stipulation for dismissal, indicating they had settled the matter. (ECF No. 78.) Because the "matter has been fully and satisfactorily compromised and settled as to all parties," (ECF No. 78), the Court will dismiss the case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly,

**IT IS HEREBY ORDERED** that the motion to dismiss, ECF No. 78, is **GRANTED**, the May 14, 2021 status conference is canceled, and this cause of action is **DISMISSED with prejudice**.

Dated at Milwaukee, Wisconsin on May 10, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge